UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:11-cv-71-FL

BOSS URGENT CARE, PLLC and
ONSLOW URGENT CARE, PLLC,

Plaintiffs

v.

URGENT CARE WORKS, LLC and THE
POSEIDON GROUP, INC.

Defendants.

**CONSENT ORDER TO STAY ACTION PENDING CONSUMMATION OF SETTLEMENT**

Plaintiffs BOSS Urgent Care, PLLC and Onslow Urgent Care, PLLC (collectively, the "Plaintiffs") and Defendants Urgent Care Works, LLC and The Poseidon Group, Inc. (collectively, the "Defendants") (collectively, the Plaintiffs and the Defendants are referred to as the "Parties"), each by their respective counsel, represented to the Court at the initial pretrial conference held telephonically on April 27, 2011, that the parties have reached a settlement of all issues related to the Complaint and Motion for Preliminary Injunction filed by the plaintiffs in this case and wish to stay all proceedings pending consummation of the terms of the settlement. The Court finding that a temporary stay of the deadlines in this action is in the best interest of the Parties and judicial economy, hereby orders as follows:

1. All deadlines, including without limitation the deadlines for the Defendants to answer or otherwise respond Plaintiffs' Complaint and Motion for Preliminary Injunction, are stayed until July 6, 2011; and

2. The Parties shall have until July 5, 2011 to consummate the terms of their settlement and tender a consent order of dismissal with prejudice to the Court; and

3. In the event the parties fail to tender a consent order of dismissal with prejudice to the Court on or before July 5, 2011, counsel for the Parties shall appear before the Court on July 6, 2011 at 1:00 p.m. for a status and pretrial conference; and

4. During the stay of the proceedings in this action, the Court retains jurisdiction over all matters related to this action.

SO ORDERED this 9th day of May, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge

AGREED:

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White
James C. White (N.C. Bar # 31859)
P.O. Box 16103
Chapel Hill, NC 27516
Email: jimwhite@jcwhitelaw.com
Direct: (919) 313-4636
Fax: (919) 246-9113 fax

ATTORNEYS FOR PLAINTIFFS

FSB FISHER BROYLES, LLP

/s/ Deborah L. Fletcher
Deborah L. Fletcher (N.C. Bar # 20254)
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
Direct: (704) 464-6954
Mobile: (704) 906-2755
Fax: (704) 731-0694
Email: fletcher@fsblegal.com

2